PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins and Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: Phil@mullinstrenchak.com
Attorney for Plaintiff
*Katie Lynn Pacheco*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATIE LYNN PACHECO, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>VIRTUS COMMERCIAL, LLC, doing business as a Nevada Limited Liability Company<br><br>             Defendants. | CASE NO.: 2:22-cv-01138-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT (ECF 3)** |

      IT IS HEREBY STIPULATED AND AGREED by the parties' undersigned counsel, subject to the Court's approval, that there will be a 14-day extension of time, up to and including **Monday, August 22, 2022,** for the Plaintiff to file and serve its response to Defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint (ECF 3).

/ / /

/ / /

/ / /

1

This request is made in good faith and not for the purpose of delay.

**DATED:** August 8, 2022

| MULLINS & TRENCHAK, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| By: /s/ Philip J. Trenchak | By:/s/ Joshua A. Sliker |
| PHILIP J. TRENCHAK, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada State Bar No. 9924 | Nevada Bar No. 12493 |
| 1614 S. Maryland Parkway | HILARY A. WILLIAMS, ESQ. |
| Las Vegas, NV 89104 | Nevada Bar No. 14645 |
| *Attorney for Plaintiff* | 300 S. Fourth Street, Suite 900 |
| *Katie Lynn Pacheco* | Las Vegas, NV 89101 |
| | *Attorneys for Defendant* |
| | *Virtus Commercial, LLC* |

## ORDER

IT IS SO ORDERED ____9th day of August_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

/s/ Philip J. Trenchak
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
1614 S. Maryland Parkway
Las Vegas, NV 89104
P: (702) 778-9444
*Attorney for Plaintiff*