JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com
E-Mail: hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Virtus Commercial, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATIE LYNN PACHECO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUS COMMERCIAL, LLC, doing business as a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:22-cv-01138-RFB-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT (ECF NO. 3)**<br><br>**(FIRST REQUEST)** |

Plaintiff Katie Lynn Pacheco ("Plaintiff") and Defendant Virtus Commercial, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree that Defendant shall have an extension of time up to and including **September 6, 2022**, in which to file a reply in support of its Motion to Dismiss Plaintiff's Complaint (ECF No. 3) (filed on July 25, 2022).  This Stipulation is submitted and based on the following:

1. Plaintiff filed her Amended Complaint (ECF No. 1-5) in the Eighth Judicial District Court, Clark County, Nevada on July 8, 2022. Defendant removed the action to this Court on July 18, 2022 and filed a Motion to Partially Dismiss Plaintiff's Amended Complaint (the "Motion") on July 25, 2022. ECF Nos. 1, 3. Plaintiff filed an opposition to the Motion on August 22, 2022 (the "Opposition"). ECF No. 7.

2.     The deadline for Defendant to file a reply in support of its Motion (ECF No. 3) is currently August 29, 2022, one week from the date the Opposition was served. However, Defendant's counsel is required to prepare and appear for a mediation this week and needs additional time to address the arguments of Plaintiff's Opposition.  Due to this and the obligations of Defendant's counsel in other matters, the parties have agreed to extend the time for Defendant to file a reply in support of its Motion to Dismiss (ECF No. 3). Thus, Defendant shall have up to and including **September 6, 2022** to file its reply.

3.     This is the first request for an extension of time for Defendant to file its reply in support of its Motion to Dismiss.

4.     This request is made in good faith and not for the purpose of delay.

Dated this 26th day of August, 2022.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak*<br>PHILIP J. TRENCHAK, ESQ.<br>Nevada State Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, NV 89104<br>*Attorney for Plaintiff*<br>*Katie Lynn Pacheco* | */s/ Hilary A. Williams*<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>HILARY A. WILLIAMS, ESQ.<br>Nevada Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, NV 89101<br>*Attorneys for Defendant*<br>*Virtus Commercial, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of August, 2022.