JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
HILARY A. WILLIAMS, ESQ.
Nevada Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com
Email: hilary.williams@jacksonlewis.com

*Attorneys for Defendant*
*Virtus Commercial, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATIE LYNN PACHECO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIRTUS COMMERCIAL, LLC, doing business as a Nevada Limited Liability Company,<br><br>Defendant. | Case No. 2:22-cv-01138-RFB-BNW<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION SCHEDULED FOR DECEMBER 8, 2022**<br><br>**(FIRST REQUEST)** |

Defendant Virtus Commercial, LLC ("Defendant"), by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Katie Lynn Pacheco ("Plaintiff"), by and through her counsel of record, the Law Office of Mullins & Trenchak, request that the Early Neutral Evaluation ("ENE") session scheduled for December 8, 2022, at 10:00 with United States Magistrate Judge Brenda Weksler be rescheduled for a later date. The stipulation is based upon the following:

1.  On October 13, 2022, this Court entered an order scheduling this matter for an Early Neutral Evaluation before Judge Weksler on December 8, 2022. ECF No. 16.

2.  Also on October 13, 2022, the Court granted the parties' Discovery Plan and Scheduling Order. ECF No. 14. The deadline to serve initial disclosures under the Discovery Plan and Scheduling Order was set for October 14, 2022. *Id.*

3. Defendant timely made initial disclosures; however, Plaintiff's counsel suffered a hand injury requiring surgery and could not make initial disclosures until November 23, 2022.

4. Given the delay in receiving Plaintiff's initial disclosures and the date of the ENE, Defendant has insufficient time to analyze Plaintiff's initial disclosures and obtain the requisite settlement authority prior to the ENE.

5. The parties propose the following alternative dates: December 19, 2022, December 20, 2022, or January 18, 2023.

6. This is the first request for a continuance of the ENE.

7. This request is made in good faith and not for the purpose of delay.

Dated this 29th day of November, 2022.

| | |
|---|---|
| LAW OFFICE OF<br>MULLINS & TRENCHAK<br><br>*/s/ Philip J. Trenchak*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff* | JACKSON LEWIS P.C.<br><br><br>*/s/ Hilary A. Williams*<br>Joshua A. Sliker, State Bar No. 12493<br>Hilary A. Williams, State Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorney for Defendant* |

## ORDER

IT IS ORDERED that ECF No. 17 is GRANTED.

IT IS FURTHER ORDERED that the Early Neutral Evaluation is RESCHEDULED to January 18, 2023 at 10:00 a.m. by Zoom video conference.

IT IS FURTHER ORDERED that the pre-ENE Telephonic Conference is RESCHEDULED to January 17, 2023 at 3:00 p.m.

IT IS FURTHER ORDERED that the parties' briefs will be due by e-mail to judicial clerk Radia Amari at radia_amari@nvd.uscourts.gov no later than 4:00 p.m. on January 11, 2023.

IT IS SO ORDERED
DATED: 5:40 pm, December 01, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**