1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  HILARY A. WILLIAMS, ESQ.
   Nevada Bar No. 14645
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  Facsimile: (702) 921-2461
   Email: joshua.sliker@jacksonlewis.com
6  Email: hilary.williams@jacksonlewis.com

7
   *Attorneys for Defendant*
8  *Virtus Commercial, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATIE LYNN PACHECO, an individual, | Case No. 2:22-cv-01138-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| VIRTUS COMMERCIAL, LLC, doing business as a Nevada Limited Liability Company, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant Virtus Commercial, LLC ("Defendant"), by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Katie Lynn Pacheco ("Plaintiff"), by and through her counsel of record, the Law Office of Mullins & Trenchak, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

DATED this 9th day of March, 2023.

| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
|---|---|
| /s/ Philip J. Trenchak<br>PHILIP J. TRENCHAK, ESQ.<br>Nevada Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104 | /s/ Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
DATED this 10th day of March, 2023.